Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis Street
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Attorneys for Defendant
JOSEPH CAROZZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSEPH CAROZZA,<br><br>    Defendant. | CASE NO. CR-10-0642 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING ON RENEWED MOTION TO DISMISS** |

**STIPULATION**

The parties are presently scheduled to appear on August 10, 2011 for a hearing on defendant Joseph Carozza's renewed motion to dismiss. For unexpected personal reasons, defense counsel will be unavailable on August 10, 2011. Accordingly, the parties hereby agree and

///

///

///

///

stipulate that the hearing on Dr. Carozza's motion should be continued to August 24, 2011.

IT IS SO STIPULATED.

DATED: August 8, 2011            Respectfully submitted,

*/s/ Josh A. Cohen*
_____
Josh A. Cohen
Attorney for Joseph Carozza

*/s/ Kirstin M. Ault*
_____
Kirstin M. Ault
Assistant United States Attorneys

**ORDER**

Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that the hearing on defendant Joseph Carozza's renewed motion to dismiss shall be continued from August 10, 2011 to August 24, 2011 at _____ o'clock.

IT IS SO ORDERED.

DATED: _____      _____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE