Josh A. Cohen (SBN 217853)
CLARENCE DYER & COHEN LLP
899 Ellis St.
San Francisco, CA 94109
Tel: (415) 749-1800
Fax: (415) 749-1694
jcohen@clarencedyer.com

Attorney for Defendant
JOSEPH CAROZZA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. CR-10-0642 CRB (BZ) |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT INTERNATIONAL TRAVEL FROM FEBRUARY 19, 2012 THROUGH FEBRUARY 25, 2012** |
| v. | |
| JOSEPH CAROZZA, | |
| Defendant. | |

## STIPULATION

Defendant Joseph Carozza has been on pretrial release since his initial appearance before the magistrate court on September 23, 2010. As a condition of his release, Dr. Carozza was required to surrender his passport to the Clerk of the Court. A further condition is that Dr. Carozza not travel outside the United States without the permission of the Court.

Dr. Carozza now wishes to take a short business trip to the Bahamas from February 19 through February 25, 2012. Neither Pretrial Services nor the government objects to the modification of Dr. Carozza's release conditions to accommodate this trip.

Accordingly, the parties agree and stipulate that the conditions of release should be modified to permit Dr. Carozza to travel from his home in New Jersey to the Bahamas from February 19, 2012 through February 25, 2012. The parties further agree and stipulate that the

Clerk of the Court shall return Dr. Carozza's passport to Dr. Carozza's counsel forthwith; that counsel shall forward the passport to Dr. Carozza for purposes of this trip only; and that Dr. Carozza shall return the passport to his counsel to be re-lodged with the Clerk on or before March 2, 2012. The parties further agree and stipulate that Dr. Carozza shall provide Pretrial Services with any and all requested information concerning the logistics of his travel.

IT IS SO STIPULATED.

DATED: February 6, 2012

/s/ Josh Cohen
JOSH COHEN
Attorney for JOSEPH CAROZZA

DATED: February 6, 2012

/s/ Kirstin Ault
KIRSTIN AULT
Assistant United States Attorney

## ORDER

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant Joseph Carozza's conditions of release shall be modified as follows: Dr. Carozza shall be permitted to travel from his home in New Jersey to the Bahamas from February 19, 2012 through February 25, 2012. The Clerk of the Court shall return Dr. Carozza's passport to Josh Cohen, counsel for Dr. Carozza, upon Mr. Cohen's request; Mr. Cohen shall forward the passport to Dr. Carozza for purposes of this trip only; and Dr. Carozza shall return the passport to Mr. Cohen upon completion of the trip to be re-lodged with the Court on or before March 2, 2012. Dr. Carozza shall provide Pretrial Services with any and all requested information concerning the logistics of his travel. All other conditions of release shall remain in effect.

IT IS SO ORDERED.
DATED: 7 Feb, 2012

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE