| | |
|---|---|
| 1 | Josh A. Cohen (SBN 217853) |
| | CLARENCE DYER & COHEN LLP |
| 2 | 899 Ellis St. |
| | San Francisco, CA 94109 |
| 3 | Tel: (415) 749-1800 |
| | Fax: (415) 749-1694 |
| 4 | jcohen@clarencedyer.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | JOSEPH CAROZZA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-10-0642 CRB (BZ) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO PERMIT DOMESTIC TRAVEL AS APPROVED IN ADVANCE BY PRETRIAL SERVICES** |
| v. | |
| JOSEPH CAROZZA, | |
| Defendant. | |

## STIPULATION

Defendant Joseph Carozza has been on pretrial release since his initial appearance before the magistrate court on September 23, 2010. Dr. Carozza resides in New Jersey. As a condition of his release, Dr. Carozza's travel has been restricted to the Northern District of California, the District of New Jersey, and the Districts of New York.

Dr. Carozza wishes to travel occasionally within the United States for business purposes. Pretrial Services has requested leave to consider and approve Dr. Carozza's domestic travel requests without further court order. The government does not object to the modification of Dr. Carozza's release conditions to permit domestic travel as approved in advance by Pretrial Services.

Accordingly, the parties agree and stipulate that Dr. Carozza's conditions of release should be modified to permit Dr. Carozza to travel within the United States with advance permission from Pretrial Services. The parties further agree and stipulate that all other conditions of release should remain in effect, including the condition that Dr. Carozza not travel internationally without permission of the Court.

IT IS SO STIPULATED.

DATED: February 28, 2012

*/s/ Josh Cohen*
JOSH COHEN
Attorney for JOSEPH CAROZZA

DATED: February 28, 2012

*/s/ Kirstin Ault*
KIRSTIN AULT
Assistant United States Attorney

### **ORDER**

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant Joseph Carozza's conditions of release shall be modified as follows: Dr. Carozza shall be permitted to travel within the United States with advance permission from Pretrial Services. Dr. Carozza shall abide by all restrictions and requirements imposed by Pretrial Services pertaining to any approved domestic travel, and shall not travel internationally without permission from this Court. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

DATED: February 29, 2012

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

2                                                     Case No. CR-10-0642 CRB
STIPULATION MODIFYING CONDITIONS OF RELEASE