1 Josh A. Cohen (SBN 217853)
2 CLARENCE DYER & COHEN LLP
  899 Ellis St.
3 San Francisco, CA 94109
  Tel: (415) 749-1800
4 Fax: (415) 749-1694
  jcohen@clarencedyer.com
5
6 Attorneys for Defendant
  JOSEPH CAROZZA
7

8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-10-0642 CRB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE TO REMOVE CUSTODIAL CONDITION** |
| v. | |
| JOSEPH CAROZZA, | |
| Defendant. | |

## STIPULATION

Defendant Joseph Carozza has been on pretrial release since his initial appearance before the magistrate court on September 23, 2010. Dr. Carozza resides in New Jersey. As a condition of his release, Dr. Carozza was ordered to remain in the custody of his then-fiancée, Arlin Yeger.

Dr. Carozza and Ms. Yeger have separated, and Ms. Yeger has accordingly requested that she be relieved of her custodial obligations. Given Dr. Carozza's compliance with his release conditions over the last 18 months, United States Pretrial Services in New Jersey has recommended that the custodial condition be removed from the bond. United States Pretrial Services in San Francisco concurs with this recommendation. The government has no objection.

Accordingly, the parties agree and stipulate that Dr. Carozza's conditions of release should be modified to remove the condition requiring that he reside in the custody of Arlin Yeger. The parties further agree and stipulate that all other conditions of release should remain in effect.

IT IS SO STIPULATED.

DATED: March 23, 2012

*/s/ Josh Cohen*
JOSH COHEN
Attorney for JOSEPH CAROZZA

DATED: March 26, 2012

*/s/ Kirstin Ault*
KIRSTIN AULT
Assistant United States Attorney

## **ORDER**

By stipulation of the parties, and for good cause shown, it is hereby ordered that defendant Joseph Carozza's conditions of release shall be modified as follows: The condition requiring that Dr. Carozza reside in the custody of Arlin Yeger is hereby removed. Ms. Yeger is relieved of her obligations as custodian. All other conditions of release shall remain in effect.

IT IS SO ORDERED.

DATED: April 2 , 2012

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE