UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 10-0642 CRB |
|---|---|
| Plaintiff, | |
| v. | VERDICT |
| CHRISTOPHER NAPOLI, DANIEL JOHNSON, and JOSEPH CAROZZA, | |
| Defendants. | |

**COUNT ONE**

1. We, the Jury in the above entitled case, unanimously find the defendant, CHRISTOPHER NAPOLI, __Guilty__ (Guilty/Not Guilty), of conspiracy to distribute or to possess with intent to distribute a Schedule III or IV controlled substance by means of a prescription issued by a physician not for a legitimate medical purpose and not in the usual course of professional practice, as charged in Count One of the indictment.

*If you have found the defendant CHRISTOPHER NAPOLI not guilty of Count One, you do not need to answer question 1a and may proceed to question number 2. If you have found the defendant CHRISTOPHER NAPOLI guilty of Count One, then please answer the following question 1a:*

1.a. We, the Jury in the above-entitled case, unanimously find that the offense charged in Count One of the indictment involved (check all that apply):

__✓__ a Schedule III controlled substance;

__✓__ a Schedule IV controlled substance.

2. We, the Jury in the above entitled case, unanimously find the defendant, DANIEL JOHNSON, __Guilty__ (Guilty/Not Guilty), of conspiracy to distribute or to possess with intent to distribute a Schedule III or IV controlled substance by means of a prescription issued by a physician not for a legitimate medical purpose and not in the usual course of professional practice, as charged in Count One of the indictment.

*If you have found the defendant DANIEL JOHNSON not guilty of Count One, you do not need to answer question 2a and may proceed to question number 3. If you have found the defendant DANIEL JOHNSON guilty of Count One, then please answer the following question 2a:*

///
///
///

2.a.    We, the Jury in the above-entitled case, unanimously find that the offense charged in Count One of the indictment involved (check all that apply):

__✓__ a Schedule III controlled substance;

__✓__ a Schedule IV controlled substance.

3.    We, the Jury in the above entitled case, unanimously find the defendant, JOSEPH CAROZZA, __Guilty__, of conspiracy to distribute
*Guilty/Not Guilty*
or to possess with intent to distribute a Schedule III or IV controlled substance by means of a prescription issued by a physician not for a legitimate medical purpose and not in the usual course of professional practice, as charged in Count One of the indictment.

*If you have found the defendant JOSEPH CAROZZA not guilty of Count One, you do not need to answer question 3a and may proceed to question number 4. If you have found the defendant JOSEPH CAROZZA guilty of Count One, then please answer the following question 3a:*

3.a.    We, the Jury in the above-entitled case, unanimously find that the offense charged in Count One of the indictment involved (check all that apply):

__✓__ a Schedule III controlled substance;

__✓__ a Schedule IV controlled substance.

## COUNT TWO

4.    We, the Jury in the above entitled case, unanimously find the defendant, CHRISTOPHER NAPOLI, __Guilty__, of distributing, or possessing
*Guilty/Not Guilty*
with intent to distribute phentermine, a Schedule IV controlled substance, by means of a prescription issued by a physician not for a legitimate medical purpose and not in the usual course of professional practice, as charged in Count Two of the indictment.

///

///

VERDICT                                3

1    5.    We, the Jury in the above entitled case, unanimously find the defendant,
2  DANIEL JOHNSON, ___Guilty___, of distributing, or possessing
       <sub>Guilty/Not Guilty</sub>
3  with intent to distribute phentermine, a Schedule IV controlled substance, by means of a
4  prescription issued by a physician not for a legitimate medical purpose and not in the
5  usual course of professional practice, as charged in Count Two of the indictment.

7    6.    We, the Jury in the above entitled case, unanimously find the defendant,
8  JOSEPH CAROZZA, ___Guilty___, of distributing, or possessing
       <sub>Guilty/Not Guilty</sub>
9  with intent to distribute phentermine, a Schedule IV controlled substance, by means of a
10  prescription issued by a physician not for a legitimate medical purpose and not in the
11  usual course of professional practice, as charged in Count Two of the indictment.

**COUNT THREE**

14    7.    We, the Jury in the above entitled case, unanimously find the defendant,
15  CHRISTOPHER NAPOLI, ___Guilty___, of conspiracy to launder money,
       <sub>Guilty/Not Guilty</sub>
16  as charged in Count Three of the indictment.

18    8.    We, the Jury in the above entitled case, unanimously find the defendant,
19  DANIEL JOHNSON, ___Guilty___, of conspiracy to launder money,
       <sub>Guilty/Not Guilty</sub>
20  as charged in Count Three of the indictment.

DATED: November 15, 2012          _[signature]_
                                  FOREPERSON