IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-642-006 CRB |
| Plaintiff, | **ORDER GRANTING REQUEST FOR JUDICIAL RECOMMENDATION** |
| v. | |
| JOSEPH CAROZZA, | |
| Defendant. | |

Upon consideration of Carozza's motion (dkt. 1473) and the relevant legal authorities, including 18 U.S.C. § 3621(b)(4)(A), (B), the Court GRANTS the motion for a judicial recommendation. Given Carozza's asserted medical issues and age, the Court recommends that he receive up to 12 months of placement at a Bureau of Prisons RRC/Halfway House.

**IT IS SO ORDERED.**

Dated: April 28, 2016

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE